UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOAQUIN AGUILAR-PEREZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  It is hereby

    ORDERED that a 3-day jury trial is set for **Monday, September 28, 2009, at 9:00 a.m. in courtroom A-1002.**  It is

    FURTHER ORDERED that the parties shall contact Chambers should a hearing on pending motions or a final trial preparation conference become necessary.

    Dated:  August 4, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel