UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOAQUIN AGUILAR-PEREZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on September 10, 2009. The three-day jury trial set to commence Monday, September 28, 2009, at 9:00 a.m. is **VACATED**.  A Change of Plea hearing is set for **Monday, October 5, 2009, at 11:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  September 10, 2009